COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-15-00517-CR & 01-15-00518-CR

Style:  John Henry Skillern v. The State of Texas

Date motion filed[*]:  June 15, 2015

Type of motion:  Letter-Motion to Expedite the Filing of the Reporter's Record

Party filing motion:  Pro se appellant

Document to be filed:  Reporter's Record

Is appeal accelerated?  No.

If motion to extend time:

  Original due date:  July 20, 2015

  Number of extensions granted:  0  Current Due Date: July 20, 2015

  Date Requested:  N/A

Ordered that motion is:

 ☐ Granted in part

 ☐ Denied

 ☑ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☑ Other: _____

On May 22, 2015, the trial court found appellant to be indigent for the purposes of hiring an appellate attorney and paying for the appellate records, but counsel was to be appointed at a later date. On June 8, 2015, after the notice of appeal was received by the Clerk of this Court on June 5, 2015, the Clerk sent notice to, among others, the court reporter that the record is due by July 20, 2015. Accordingly, appellant's motion to expedite the filing of the reporter's record is **dismissed** because the reporter is responsible for timely filing it by the July 20th deadline, which may be extended if the reporter makes a request to this Court. *See* TEX. R. APP. P. 35.3(b)(3), (c).

Judge's signature: /s/ Evelyn V. Keyes

    ☒ Acting individually  ☐ Acting for the Court

Date: June 25, 2015

November 7, 2008 Revision